UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                     Plaintiff,             )<br>                                                              )<br>              v.                                         )<br>                                                              )<br> KENYA AYANA HALL,                    )<br>                                                              )<br>                     Defendant.          )<br>_____ ) | Case No. CR03-0493-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 20, 2007. The United States was represented by Assistant United States Attorney Lawrence Lincoln, and the defendant by Mr. Michael Nance.

The defendant had been charged and convicted of Bank Fraud. On or about October 15, 2004, defendant was sentenced by the Honorable Robert S. Lasnik to a term of five months in custody to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participating in a substance-abuse treatment program, financial disclosure, restitution in the amount of $44,904.95, consenting to search, maintaining a single checking account, incurring no new credit charges, no possession in any form of identification other than her true legal name, and five months of home detention with electronic monitoring.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons, dated February 2, 2007, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of her supervised release:

(1)     Failing to notify the probation officer ten days prior to any change of residence, in violation of standard condition #6.

(2)     Failing to submit a written report to the U.S. Probation Office for the months of October and December 2006, in violation of standard condition #2.

(3)     Failing to report to the U.S. Probation Office as directed, in violation of standard condition #2.

(4)     Failing to submit to urine testing as directed on December 7 and 18, 2006, and January 5, 2007, in violation of special condition #3.

The defendant was advised of her rights, acknowledged those rights, and admitted to the four alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, 3, and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 29, 2007, at 11:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of June, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable Robert S. Lasnik
      AUSA:                    Mr. Lawrence Lincoln
      Defendant's attorney:    Mr. Michael Nance
      Probation officer:       Mr. Felix Calvillo, Jr.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2